UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:04cr0028 AS |
| | ) | |
| **CATHY D. SNIDER (1)** | ) | |

*MEMORANDUM AND ORDER*

Sentencing was imposed in this case on November 22, 2004 and a sentencing memorandum was actually filed the next day on November 23, 2004 and a judgment entered. There followed a series of pro se petitions for modification by the defendant, now petitioner, Cathy D. Snyder. The first one apparently on August 19, 2005. The next one was filed on September 8, 2005. The United States filed an opposition on October 11, 2005. The United States Attorney invokes Rule 35 of the Federal Rules of Criminal Procedure (Fed.R.Crim. Proc.) and discusses the time frame in which a United States District Court can correct a sentence. There does not appear to be a "clear error" here. Under Rule 35(b), Fed.R.Crim.Proc. it would appear that the request for modification of a sentence is untimely. The relief requested by Cathy D. Snider in her pro se motions is now **DENIED WITHOUT PREJUDICE**. **IT IS SO ORDERED**.

    **DATED:** October 12, 2005

                                                                                            **S/ ALLEN SHARP**
                                                                                            **ALLEN SHARP, JUDGE**
                                                                                            **UNITED STATES DISTRICT COURT**